**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Carole A. Leins** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–3642** <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **19–20598–GLT**

# Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Carole A. Leins

<u>6/12/19</u>                                                                        **By the court:**  <u>Gregory L. Taddonio</u>
                                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                             **Order of Discharge**                                         page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-20598-GLT
Carole A. Leins                                                           Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 1              Date Rcvd: Jun 12, 2019
                              Form ID: 318             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
db              Carole A. Leins,    572 Old Route 51 Road,    Smock, PA  15480
14995505       +The Home Depot,    P.O. Box 790328,    Saint Louis, MO 63179-0328

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2019 02:39:41      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: PRA.COM Jun 13 2019 06:23:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14995503        EDI: GMACFS.COM Jun 13 2019 06:23:00      Ally Financial,   P.O. Box 130424,
                 Roseville, MN 55113-0004
14995504        EDI: WFNNB.COM Jun 13 2019 06:23:00      DentalFirst Financing/Comenity Bank,   P.O. Box 183043,
                 Columbus, OH 43218-3043
14995506        EDI: RMSC.COM Jun 13 2019 06:23:00      JC Penney/Synchrony Bank,   Attn: Bankruptcy Department,
                 P.O. Box 965060,   Orlando, FL 32896-5060
14995507       +E-mail/Text: bankruptcydept@kinecta.org Jun 13 2019 02:40:41      Kinecta Federal Credit Union,
                 P.O. Box 91210,   City of Industry, CA 91715-1210
14995508        EDI: RMSC.COM Jun 13 2019 06:23:00      Mattress Firm/Synchrony Bank,   P.O. Box 965064,
                 Orlando, FL 32896-5064
14995509        E-mail/Text: e-bankruptcy@nasafcu.com Jun 13 2019 02:38:49      NASA Federal Credit Union,
                 Suite GC-21,   300 E Street SW,   Washington, DC 20024
14995510        EDI: RMSC.COM Jun 13 2019 06:23:00      Sam's Club Master Card/Synchrony Bank,
                 Attention: Bankruptcy Department,   P.O. Box 965060,   Orlando, FL 32896-5060
14995511        EDI: DRIV.COM Jun 13 2019 06:23:00      Santander Consumer USA,   Attn: Bankruptcy Dept.,
                 P.O. Box 560284,   Dallas, TX 75356-0284
14995512        EDI: SEARS.COM Jun 13 2019 06:23:00      Sears Mastercard,   P.O. Box 6282,
                 Sioux Falls, SD 57117-6282
14995680       +EDI: RMSC.COM Jun 13 2019 06:23:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
14995513        EDI: TFSR.COM Jun 13 2019 06:23:00      Toyota Financial Services,   P.O. Box 8026,
                 Cedar Rapids, IA 52408-8026
14995514        EDI: USAA.COM Jun 13 2019 06:23:00      USAA Credit Card Services,   P.O. Box 65020,
                 San Antonio, TX 78265-5020
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Lease Trust
cr              Toyota Motor Credit Corporation
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
          Charles O. Zebley, Jr.   on behalf of Debtor Carole A. Leins COZ@Zeblaw.com, Lori@Zeblaw.com,
           Janet@Zeblaw.com
          James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert H. Slone, Trustee    robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                              TOTAL: 5